UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR123-052 |
| | ) | |
| MAHER GEORGE ODEH | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Makeia R. Jonese** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** Makeia R. Jonese be granted leave of absence for the following periods: March 1, 2024 and March 4, 2024.

**ORDERED**, this the ____ day of February, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA